# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINE MOUSER *individually and on behalf of all others similarly situated*,<br><br>　　　　　　Plaintiff,<br><br>　-vs-<br><br>INGENIO, LLC,<br><br>　　　　　　Defendant. | Removed from the Circuit Court of Cook County, Illinois, County Department, Chancery Division Case No. 2023CH08821<br><br>Case No.: 23-cv-16103 |

## INGENIO, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Ingenio, LLC, hereby provides the following disclosure statement.

1. Ingenio, LLC, is a non-governmental entity party. Ingenio, LLC was formed in Delaware and is headquartered in California.

2. Ingenio, LLC is a majority-owned subsidiary of Ingenio Holding Company, LLC. No publicly traded corporation currently owns 10% or more of its stock. The following entities or individuals own, directly or indirectly, 5% or more of Ingenio, LLC: Alpine Investors Ingenio CV, L.P., Warren Heffelfinger, and AP Iris Holding, L.P.

DATED: November 20, 2023　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *Martin L. Roth*
　　　　　　　　　　　　　　　　　　Martin L. Roth
　　　　　　　　　　　　　　　　　　Zharna Shah
　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　300 North LaSalle
　　　　　　　　　　　　　　　　　　Chicago, IL 60654
　　　　　　　　　　　　　　　　　　Telephone: (312) 862-7170
　　　　　　　　　　　　　　　　　　rothm@kirkland.com
　　　　　　　　　　　　　　　　　　zharna.shah@kirkland.com

*Attorney for Defendant Ingenio, LLC*

*Attorney for Defendant Ingenio, LLC*