IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| CHRISTINE MOUSER *individually and on behalf of all others similarly situated*,<br><br>    Plaintiff,<br><br> -vs-<br><br>INGENIO, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 1-23-cv-16103<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Defendant Ingenio, LLC, by their counsel, respectfully request that this Court grant Zharna Shah leave to withdraw her appearance as counsel in this matter. In support of this motion, Defendant states as follows:

1. The undersigned currently has an appearance on file on behalf of Defendant Ingenio, LLC.

2. After the undersigned filed an appearance on behalf of Ingenio, LLC Bryan E. Curry and Jason Edward Hunter from the firm Litchfield Cavo, LLP, filed their appearances on behalf of Ingenio, LLC on December 14, 2023.

3. The undersigned is requesting leave of this Court to withdraw from this matter as Bryan E. Curry and Jason Edward Hunter will take over representation of Ingenio, LLC in this matter.

WHEREFORE, Defendant respectfully requests that the Court grant Zharna Shah leave to withdraw as counsel of record in this matter.

Dated: December 15, 2023                   Respectfully submitted,

/s/ *Zharna Shah*
Zharna Shah
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
(312) 862-7170
zharna.shah@kirkland.com

*Counsel for Defendant Ingenio, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2023, the foregoing Motion for Leave to Withdraw as Counsel was filed electronically with the Clerk of Court using the CM/ECF system and I caused the foregoing document to be electronically transmitted via electronic mail to the following:

Michael L. Fradin, Esq.
8 N. Court St. Suite 403
Athens, Ohio 45701
mike@fradinlaw.com

James L. Simon
Simon Law Co.
11 ½ N Franklin Street
Chagrin Falls, Ohio 44022
james@simonsayspay.com

Respectfully submitted,

/s/ *Zharna Shah*