IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE MOUSER, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>INGENIO, LLC,<br><br>                Defendant. | Case No. 1:23-cv-16103<br><br>Hon. Charles P. Kokoras |

## NOTICE OF SETTLEMENT

Ingenio, LLC, by its undersigned counsel, hereby notifies the Court that the parties have reached settlement:

1. This class action case was originally filed in the Circuit Court of Cook County, and was then removed to this Court.

2. Defendant has filed a Motion to Compel Arbitration [Dkt. # 19], which remains pending.

3. This Court has set an initial status conference for February 1, 2024, with the Motion to Compel entered and continued to that date [Dkt. # 21].

4. The parties have, however, reached a confidential negotiated settlement.

5. In light thereof, the parties hereby notify the Court of the settlement and request that the Court strike the February 1, 2024 status conference and reset it to February 14, 2024 or such other date when the Court is available.

6. It is anticipated that the parties will, by then, have executed the settlement documents, issued payment, and submitted a stipulation to dismiss to terminate this cause with prejudice.

Respectfully submitted,

INGENIO, LLC


By:    /s/ *Bryan E. Curry*
      Bryan E. Curry
      One of its attorneys


Jason E. Hunter (ARDC # 6237345)
Bryan E. Curry (ARDC # 6255803)
LITCHFIELD CAVO, LLP
303 West Madison Street
Suite 300
Chicago, Illinois 60606
(312) 781-6677 (main)
(312) 781-6587 (Hunter direct)
(312) 781-6678 (Curry direct)
(312) 781-6630 (Fax)
hunter@litchfieldcavo.com
curry@litchfieldcavo.com