UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Christine Mouser,

        Plaintiff,

v.

Ingenio, LLC

        Defendant.

Case No. 23-cv-16103

Judge Charles P. Kocoras

## NOTICE OF VOLUNTARY DISMISSAL

Now comes Plaintiff, Christine Mouser, by and through Counsel, and notifies the Court and Defendant of the dismissal of this matter with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: February 7, 2024

        Respectfully submitted,

**FRADIN LAW**

s/ *Michael L. Fradin*
Michael L. Fradin, Esq.
8401 Crawford Ave. Ste'. 104
Skokie, IL 60076
Telephone: 847-986-5889
Facsimile: 847-673-1228
Email: mike@fradinlaw.com

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2024 a true and complete copy of the forgoing was served upon all necessary parties through the Court's Electronic Filing system.

/s/  Michael L. Fradin